AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
AUG 1 7 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

United States of America
v.

DANIEL LOUIS BURKY

*Defendant(s)*

Case No. 2:23-mj-163

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 14, 2022__ in the county of __Virginia Beach__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count One - 18 U.S.C § 842(i)(3) | Unlawful Drug User in Possession of an Explosive; |
| Count Two - 26 U.S.C § 5861(d) | Unlawful Possession of an Unregistered Firearm; and |
| Count Three - 26 U.S.C § 5861(i) | Unlawful Possession of a Firearm Not Identified by a Serial Number. |

This criminal complaint is based on these facts:

See Attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Marc W. West, SAUSA/Kevin M. Comstock, AUSA

*Complainant's signature*

Timothy S. Kelly ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8-17-23

City and state: Norfolk, Virginia

*Judge's signature*
Lawrence R. Leonard
United States Magistrate Judge
*Printed name and title*